May 27, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00048-CV

SEED TO HARVEST REAL ESTATE, LLC, Appellant

V.

CAROLYN TURNER, Appellee

Today the Court heard Appellee's motion to dismiss this appeal for want of jurisdiction. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Seed To Harvest Real Estate, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered May 27, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Field.